



# MEMORANDUM OPINION

No. 04-10-00154-CR

Joe Anthony **LUERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR7117
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed: March 10, 2010

DISMISSED

     Joe Anthony Luera filed a notice of appeal seeking to appeal from a sentence imposed on November 10, 2008. The judgment was in accordance with Luera's plea bargain agreement, and the record does not contain a trial court's certification showing Luera has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

                                              PER CURIAM

DO NOT PUBLISH